DEMERY RYAN, *Pro Hac Vice*
SHAHRAM SAMIE, *Pro Hac Vice*
LITTLER MENDELSON,
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067-3107
Telephone: 310.553.0308
Facsimile:  310.553.5583

Attorneys for Defendants
CHRISTIAN LASSEN AND LASSEN
INTERNATIONAL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| KEN KING, an individual,<br><br>             Plaintiffs,<br>   v.<br><br>CHRISTIAN LASSEN, an individual and LASSEN INTERNATIONAL, INC., a corporation<br><br>             Defendants. | CIVIL NO. 10-00514 SOM-KSC<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION WITHOUT PREJUDICE** |
| CHRISTIAN LASSEN, an individual and LASSEN INTERNATIONAL, INC., a corporation,<br><br>             Counterclaimants,<br>   v.<br><br>KEN KING, an individual,<br>Counterdefendant | |

This Settlement Agreement (hereinafter referred to as the "AGREEMENT") is made and entered into by and between KEN KING ("PLAINTIFF") and CHRISTIAN LASSEN and LASSEN INTERNATIONAL, INC. ("DEFENDANTS").

WHEREAS, PLAINTIFF KEN KING ("Plaintiff") has pending against DEFENDANTS CHRISTIAN LASSEN and LASSEN INTERNATIONAL, INC. ("Defendants") an action, and Defendants have pending against Plaintiff a counteraction, in the United States District Court for the District of Hawaii, captioned <u>Ken King v. Christian Lassen and Lassen International, Inc.</u>, Case No. 1:10-cv-00514 SOM-KSC (hereinafter referred to as "the Lawsuit");

WHEREAS, Defendants deny all allegations made by Plaintiff in the Lawsuit and Plaintiff denies all allegations made by Defendants in the Lawsuit; and

WHEREAS, this matter was transferred to United States District Court for the District of Hawaii from the United States District Court for the Central District of California; and

WHEREAS, the Parties have agreed to resolve their differences and seek the dismissal of this entire action without prejudice;

THEREFORE, subject to the approval of this Court, it is hereby stipulated and agreed that this action be dismissed without prejudice.  The Parties

further stipulate and agree to bear their own attorneys' fees and costs resulting from this action.

Dated:  1/19/11    /S/ DEMERY RYAN
DEMERY RYAN
SHAHRAM SAMIE
LITTLER MENDELSON, P.C.
ATTORNEYS FOR DEFENDANTS AND
COUNTERCLAIMANTS LASSEN
INTERNATIONAL, INC. AND
CHRISTIAN LASSEN

Dated:  12/30/10    /S/ KEN KING
KEN KING
IN PROPRIA PERSONA

APPROVED AS TO FORM:

Dated:  1/14/11    /S/ PAUL J. WRIGHT
PAUL J. WRIGHT
ATTORNEY FOR PLAINTFF KEN KING
Not admitted to practice in the U.S. District Court
For The District of Hawaii

APPROVED AS TO FORM:

DATED:  Honolulu, Hawaii; January 27, 2011.



 /s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Firmwide:99772925.1 065793.1001